IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carlos Espinoza,<br><br>    Plaintiff,<br><br>vs.<br><br>Joseph M. Arpaio,<br><br>    Defendant. | No. CV 05-2323-PHX-ROS (ECV)<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff Carlos Espinoza filed his original complaint in this action on August 3, 2005. Doc. #1. After the court ordered service on Defendant Arpaio, Plaintiff failed to return the completed service packet to enable service of process by the U.S. Marshal Service. On December 20, 2005, Plaintiff filed an amended complaint against Defendant Arpaio. Doc. #10. The court again ordered service on Defendant Arpaio and directed Plaintiff to complete a service packet and return it to the court. Doc. #12. The deadline to return the service packet was January 31, 2006, but Plaintiff has again failed to comply. The case is now more than six months old and despite two different orders from the court directing service, no attempt to serve defendant has been made because Plaintiff has not returned a service packet. Accordingly, Plaintiff will be ordered to show cause why his amended complaint and this action should not be dismissed in light of his failure to comply with the court's orders regarding service of process.

**IT IS THEREFORE ORDERED:**

That on or before **March 1, 2006,** Plaintiff must show cause why this case should not be dismissed in light of his failure to comply with the court's orders regarding service of process;

That if Plaintiff fails to respond to this order by the designated date, the court will recommend an order dismissing this action.

DATED this 16th day of February, 2006.

Edward C. Voss
United States Magistrate Judge