IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Carlos Espinoza,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Joseph M. Arpaio,<br><br>　　　　Defendant. | No. CV 05-2323-PHX-ROS (ECV)<br><br>**ORDER** |

　　　　On February 16, 2008, this court issued an Order to Show Cause (Doc. #14) requiring Plaintiff to show cause why his amended complaint should not be dismissed in light of his failure to comply with the court's orders regarding service of process. In response, Plaintiff filed a "Motion to Show Cause to Vacate Dismissal Order" (Doc. #15) on February 24, 2006. Plaintiff explains in the motion that he has attempted in good faith to comply with the court's orders. He states that he initially sought assistance through Inmate Legal Services (ILS) at the Maricopa County Jail. After he was moved to a state prison, ILS would no longer assist him with completing the service packet and returning it to the court.

　　　　The court docket reflects that Plaintiff returned a completed service packet to the court on May 1, 2006. The service packet has since been forwarded to the U.S. Marshal Service for the purpose of serving Defendant Arpaio.

　　　　In light of the administrative problems resulting from Plaintiff's transfer to the state prison and because the service packet was eventually completed and returned to the court,

1  the court finds that Plaintiff has sufficiently shown cause to avoid dismissal of his amended
2  complaint.

**IT IS THEREFORE ORDERED:**

That Plaintiff has presented the court with sufficient reasons to avoid dismissal of his amended complaint and the case will be allowed to proceed.

DATED this 18th day of May, 2006.

_Edward C. Voss_
Edward C. Voss
United States Magistrate Judge